# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151258

ROBERT T. REZLER,
      Plaintiff,

v

                                             SC: 151258
                                             AGC: 0793-14

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



a0916

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015



Clerk